IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Action:12-cv-02002-WJM-CBS**       FTR - Reporter Deck-Courtroom A402
**Date: December 4, 2012**                 Courtroom Deputy: Robin Mason

*Parties:*                                 *Counsel:*

STEVE N. BURTON,                           Julia Treacy Thompson

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al*.,        Mark S. Pestal

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      10:41 a.m.**
Court calls case. Appearances of counsel.

Discussion between the court and the parties regarding the defendant's MOTION to Stay Discovery (Docket No. 18, filed on 11/30/2012) and the defendant's MOTION to Dismiss for Lack of Jurisdiction (Docket No. 17, filed on 11/29/2012). The court advises that only the defendant's MOTION to Stay Discovery (Docket No. 18, filed on 11/30/2012) has been referred.

Further discussion between the court and the parties regarding the defendant's MOTION to Stay Discovery (Docket No. 18, filed on 11/30/2012). Ms. Thompson informs the court that she does not opposed the defendant's motion to stay.

For reasons as stated on the record,

**ORDERED:**   The court **GRANTS** the defendant's MOTION to Stay Discovery (Docket No. 18, filed on 11/30/2012). The court shall stay discovery until a ruling on the defendant's MOTION to Dismiss for Lack of Jurisdiction (Docket No. 17, filed on 11/29/2012) has been entered.

HEARING CONCLUDED.

**Court in recess:**     **11:10 a.m.**
Total time in court:    00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.