IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02002-WJM-CBS

STEVE BURTON

    Plaintiff,

v.

UNITED STATES OF AMERICA
CHARLES SCHOEPHOERSTER, P.A.
KEITH BAKER, M.D.
CALVIN POLLAND, D.O.

    Defendants,

---

### STIPULATED MOTION TO DISMISS THE INDIVIDUAL DEFENDANTS AND AMEND THE CAPTION

---

    Plaintiff, by and through his undersigned counsel, and Defendant United States, by and through its undersigned counsel, hereby stipulate to dismiss Charles Schoephoerster, P.A., Keith Baker, M.D. and Calvin Polland, D.O. as these individuals were either personal service contractors or employees of the United States, and therefore, the only proper Defendant is the United States.

    WHEREFORE, the parties request that the individual Defendants be dismissed and the caption of this matter be amended.

    DATED this 5th day of July 2013.

SCHOENWALD & THOMPSON LLC        JOHN F. WALSH
                                                    UNITED STATES ATTORNEY

s/   *Julia T. Thompson*
Julia T. Thompson, # 25897              s/ *Mark S. Pestal*
1890 Gaylord Street                      Assistant U.S. Attorney

Denver, Colorado 80206
303-837-9000 (telephone)
303-322-3423 (facsimile)
*Attorney for Plaintiff*

1225 Seventeenth Street, Suite 700
Denver, CO 80202
303-454-0100 Main
303-454-0101 direct #
*Attorneys for Defendants*