**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-02002-WJM-CBS

STEVE BURTON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
CHARLES SCHOEPHOERSTER, P.A.,
KEITH BAKER, M.D., and
CALVIN POLLAND, D.O.,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss the Individual Defendants and Amend the Caption (ECF No. 25). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED. The Defendants Charles Schoephoerster, P.A., Keith Baker, M.D., and Calvin Polland, D.O., are hereby DISMISSED WITH PREJUDICE. All parties shall bear their own attorney's fees and costs. The Clerk of the Court is DIRECTED to amend the caption accordingly.

Dated this 8th day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge