**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02002-WJM-CBS

STEVE N. BURTON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the pendency of this case, the following FINAL JUDGMENT is hereby entered.

I.    IT IS ORDERED that pursuant to the Order Granting Defendant's Motion for Dismissal for Lack of Subject Matter Jurisdiction, entered by the Honorable William J. Martínez, United States District Judge, on June 18, 2013,

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (ECF No. 17) is GRANTED, and the claims brought by Plaintiff pursuant to the Federal Tort Claims Act are hereby DISMISSED pursuant to Rule 12(b)(1) for lack of jurisdiction.

II.    Pursuant to the Court's Order of July 8, 2013, it is

ORDERED that the Parties' Stipulated Motion is GRANTED. The Defendants Charles Schoephoerster, P.A., Keith Baker, M.D., and Calvin Polland, D.O., are hereby DISMISSED WITH PREJUDICE. All parties shall bear their own attorney's fees and costs.

Dated at Denver, Colorado, this ___9th___ day of July 2013.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk