IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-CV-02002-WJM-CBS

STEVE N. BURTON

      Plaintiff,

v.

UNITED STATES OF AMERICA, CHARLES SCHOEPHOERSTER, P.A., KEITH BAKER, M.D., and CALVIN POLLAND, D.O.

      Defendants

---

## NOTICE OF APPEAL

---

Notice is hereby given that Steve N. Burton, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Granting Defendant's Motion to Dismiss for Lack of Jurisdiction (Document #23) and Final Judgment (Document # 28) entered in this action on July 8, 2013.

Respectfully submitted this 6th day of September, 2013.

### SCHOENWALD & THOMPSON LLC

*Duly signed copy of this pleading is on is on file at undersigned's offices*

/s/ Julia T. Thompson

---

Julia T. Thompson
1890 Gaylord Street
Denver, CO 80206
303-837-9000
303-322-3423 (facsimile)
juliat@milehighlaw.com


### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 6, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Mark.Pestal@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant(s) in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

/s/ Linsey C. Nees
Schoenwald & Thompson LLC