**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**March 13, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| STEVE N. BURTON,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant - Appellee.<br><br>-----------------------------------------------<br><br>CHARLES SCHOEPHOERSTER, P.A.;<br>KEITH BAKER, M.D.; CALVIN<br>POLLAND, D.O.,<br><br>  Defendants. | No. 13-1373<br>(D.C. No. 1:12-CV-02002-WJM-CBS)<br>(D. Colo.) |

_____

**ORDER**
_____

Before **BRISCOE**, Chief Judge, **MCKAY**, **KELLY**, **LUCERO**, **HARTZ**, **TYMKOVICH**, **GORSUCH**, **HOLMES**, **MATHESON**, **BACHARACH**, **PHILLIPS**, **MCHUGH**, and **MORITZ**, Circuit Judges.
_____

The parties' Motion to Dismiss is granted. The captioned appeal is dismissed pursuant to F.R.A.P. 42(b).

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk