## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 13, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Adam C. Jed
Mr. Mark B. Stern
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC 20530

Mr. Mark S. Pestal
Mr. Robert Mark Russel
Mr. Zeyen Julian Wu
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

Ms. Julia T. Thompson
Schoenwald & Thompson
1890 Gaylord Street
Denver, CO 80206

**RE:** **13-1373, Burton v. United States, et al**
Dist/Ag docket: 1:12-CV-02002-WJM-CBS

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

                                       Sincerely,

                                       Elisabeth A. Shumaker
                                       Clerk of the Court

EAS/kf